## Richard Lee BAGBY, Plaintiff—Appellant,

### v.

## Commonwealth of VIRGINIA, Defendant—Appellee.

### No. 10–1210.

United States Court of Appeals, Fourth Circuit.

Submitted: June 17, 2010.

Decided: June 24, 2010.

Richard Lee Bagby, Appellant Pro Se.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Lee Bagby appeals the district court's order dismissing his complaint for failure to pay the statutory filing fee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bagby v. Commonwealth of Virginia,* No. 3:09–cv–00547–RLW (E.D.Va. Feb. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*